JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD - AMERICAN FEDERATION OF TELEVISION AND RADIO ARTISTS,<br><br>        Petitioner,<br><br>        vs.<br><br>MY BROTHER PRODUCTIONS, LLC<br><br>        Respondent. | CASE NO. CV 15-05478 MMM(AGRx)<br><br>JUDGMENT FOR PETITIONER |

On October 7, 2015, the court entered an order confirming the arbitration award in favor of petitioner Screen Actors Guild-American Federation of Television and Radio Artists and against respondent My Brother Productions, LLC. Consequently,

IT IS ORDERED AND ADJUDGED

1. That the arbitration award entered in favor of petitioner Screen Actors Guild-American Federation of Television and Radio Artists and against respondent My Brother Productions, LLC, which requires respondent to pay $50,00.00 to petitioner be confirmed;

2. That petitioner recover $2,800.00 in attorneys' fees and costs reasonably incurred in bringing this action; and

3. That the action be, and it hereby is, dismissed.

DATED: October 7, 2015

_____
MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE